**STEVEN J. ROTHANS – State Bar No. 106579**
**JILL W. BABINGTON – State Bar No. 221793**
**CARPENTER, ROTHANS & DUMONT**
888 S. Figueroa Street, Suite 1960
Los Angeles, CA  90017
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / jbabington@crdlaw.com

JS-6

Attorneys for Defendants, CITY OF SANTA ANA, a public entity, and OFFICERS DAVID LIMA and CLINT ACHZIGER, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO AGUIRRE, individually; ALONIE A., a minor, by and through her guardian ad litem FERNANDO AGUIRRE; REYNA A., a minor, by and through her guardian ad litem, FERNANDO AGUIRRE; ALICIA PEREZ; RAMONA PEREZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY OF SANTA ANA, et al.,<br><br>    Defendants. | Case No.: SACV08-0643 CJC (MLGx)<br><br>[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all defendants.

IT IS SO ORDERED.

DATED: 11/5/09            _____
                          Honorable Cormac J. Carney
                          U.S. District Court Judge

- 1 -
[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE